FILED
JAN 12 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATS OF AMERICA,       )<br>                                )<br>        Plaintiff,              )<br>                                )<br>    v.                          )<br>                                )<br>                                )<br>MICHAEL J. BADGETT              )<br>                                )<br>                                )<br>        Defendant.              )<br>                                )<br>_____) | Crim. No. SA17CR 031 XR<br><br>INFORMATION<br><br>26 U.S.C. § 7203<br>(Willful Failure to File<br>a Return:  Counts 1-3) |

## INFORMATION

The United States of America charges that:

### COUNT ONE
[26 U.S.C. § 7203]

During the calendar year 2010, the Defendant

MICHAEL J. BADGETT

who was a resident of Afghanistan, had and received gross income in excess of $18,700. By reason of such gross income he was required by law, following the closure of the calendar year 2010, and on or before April 18, 2011, to make an income tax return to the Internal Revenue Service at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Austin, Texas, or to another Internal Revenue Service officer permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the

foregoing, he did willfully fail, on or about April 18, 2011, in the Western District of Texas and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO
[26 U.S.C. § 7203]

During the calendar year 2011, the Defendant

## MICHAEL J. BADGETT

who was a resident of Spring Branch, Texas, had and received gross income in excess of $19,000. By reason of such gross income he was required by law, following the closure of the calendar year 2011, and on or before April 15, 2012, to make an income tax return to the Internal Revenue Service at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at San Antonio, Texas, or to another Internal Revenue Service officer permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2012, in the Western District of Texas and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT THREE
[26 U.S.C. § 7203]

During the calendar year 2012, the Defendant

## MICHAEL J. BADGETT

who was a resident of Spring Branch, Texas, had and received gross income in excess of $19,500. By reason of such gross income he was required by law, following the closure of the calendar year 2012, and on or before April 15, 2013, to make an income tax return to the Internal

Revenue Service at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at San Antonio, Texas, or to another Internal Revenue Service officer permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2013, in the Western District of Texas and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

DATE: _____

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice