# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

USA                                          §
                                             §
vs.                                          §        Case No.:  SA:17-CR-00031(1)-XR
                                             §
(1) Michael J. Badgett                       §
    *Defendant*

## ORDER APPOINTING COUNSEL

   The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

   Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

   SIGNED on  31st day of January, 2017.


_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE