UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-17-CR-031 XR |
| MICHAEL BADGETT | § § | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE SENTENCING**

TO THE HONORABLE XAVIER RODRIGUEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Michael Badgett, files this Defendant's Unopposed Motion to Continue Sentencing Hearing, and shows this Honorable Court the following facts and circumstances.

I

This case is set for sentencing on Wednesday, May 17, 2017.

II

Counsel needs additional time to finalize sentencing issues. Counsel respectfully requests a sixty (60) day continuance.

III

Counsel for the government, Assistant United States Attorney, Daniel P. Butler, does not oppose the relief requested.

CONCLUSION

FOR THESE REASONS, Defendant respectfully prays that the Court will continue this case for sixty (60) days.

Respectfully submitted.

                                                        MAUREEN SCOTT FRANCO
                                                        Federal Public Defender

                                                        /s/ MARINA-THAIS DOUENAT
                                                        Assistant Federal Public Defender
                                                        Western District of Texas
                                                        727 East César E. Chávez Blvd., B–207
                                                        San Antonio, Texas 78206–1205
                                                        Tel.: (210) 472–6700
                                                        Fax.: (210) 472–4454
                                                        State Bar Number: Texas 00798310

                                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that the 17th day of April, 2017, I electronically filed the foregoing Defendant's Unopposed Motion to Continue Sentencing Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel P. Butler
Assistant United States Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., Room 4404
Washington, DC 20530

                                                        /s/ MARINA-THAIS DOUENAT
                                                        *Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-17-CR-031 XR |
| MICHAEL BADGETT | § § § | |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion to Continue Sentencing Hearing, and the Court will GRANT the motion and continue the setting. A new setting will be made by separate order.

So ORDERED on this the _____ day of April, 2017.

_____
XAVIER RODRIGUEZ
United States District Judge