UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. SA-17-CR-031 XR |
| | § | |
| | § | |
| MICHAEL BADGETT | § | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING**

TO THE HONORABLE XAVIER RODRIGUEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Michael Badgett, files this Defendant's Unopposed Motion to Continue Sentencing Hearing, and shows this Honorable Court the following facts and circumstances.

I

This case is set for sentencing on Wednesday, August 9, 2017.

II

Counsel needs additional time to finalize sentencing issues. Counsel respectfully requests a thirty (30) day continuance.

III

Counsel for the government Assistant United States Attorney Daniel P. Butler is in agreement with the relief requested. Additionally, government counsel will be available September 6 through September 13.

CONCLUSION

FOR THESE REASONS, Defendant respectfully prays that the Court will continue this case for thirty (30) days.

Respectfully submitted.


MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
Tel.: (210) 472–6700
Fax.: (210) 472–4454
State Bar Number: Texas 00798310

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that the 2nd day of August, 2017, I electronically filed the foregoing

Defendant's Unopposed Motion to Continue Sentencing Hearing with the Clerk of Court using the

CM/ECF system which will send notification of such filing to the following:

Daniel P. Butler
Assistant United States Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., Room 4404
Washington, DC 20530


/s/ MARINA-THAIS DOUENAT
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. SA-17-CR-031 XR |
| | § | |
| | § | |
| MICHAEL BADGETT | § | |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion to Continue

Sentencing Hearing, and the Court will GRANT the motion and continue the setting.  A new

setting will be made by separate order.

So ORDERED on this the _____ day of August, 2017.


_____
XAVIER RODRIGUEZ
United States District Judge