UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-17-CR-031 XR |
| MICHAEL J. BADGETT | § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR VOLUNTARY SURRENDER**

TO THE HONORABLE JUDGE XAVIER RODRIGUEZ OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

NOW COMES Defendant Michael J. Badgett, by and through his undersigned attorney, and files this Unopposed Motion for Voluntary Surrender, and would show this Honorable Court as follows.

I.

On January 10, 2018, and by way of a second amended judgment dated February 5, 2018, this Court sentenced Defendant to a total sentence of 12 months to be served at a residential reentry center (halfway house) in the State of Florida.

II.

Defendant seeks to self-surrender on March 22, 2018, which is the date that was given to Mr. Badgett by the Bureau of Prisons in Florida. There was a confusion on whether Mr. Badgett should surrender on March 11 or April 6 due to the amendment of the judgment. Pretrial Services Officer Gilbert Maldonado does not oppose the March 22 self-surrender date.

III

Counsel for the government Assistant United States Attorney Daniel P. Butler does not oppose the relief requested.

IV

Wherefore, premises considered, Defendant respectfully prays that this Honorable Court will grant the motion for voluntary surrender on March 22, 2018, for service of sentence.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        /s/ MARINA-THAIS DOUNEAT
        Assistant Federal Public Defender
        Western District of Texas
        727 E. Cesar E. Chavez Blvd., B–207
        San Antonio, Texas 78206–1205
        Tel.: (210) 472-6700
        Fax.: (210) 472-4454
        State Bar Number: Texas 00798310

        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2018, I electronically filed the foregoing Defendant's Unopposed Motion for Voluntary Surrender with the Clerk of the Court using the CM/ECF system, which will give notification of such filing to the following:

Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Room 4404
Washington, D.C. 20530

        /s/ MARINA-THAIS DOUENAT
        *Attorney for Defendant*

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. SA-17-CR-031 XR |
| § | |
| MICHAEL J. BADGETT § | |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion For Voluntary Surrender, and the Court having considered the motion and the premises, is of the opinion that the motion should be, and the same is hereby GRANTED. It is therefore ORDERED that Defendant Michael J. Badgett shall not be required to self-surrender until March 22, 2018, for service of his sentence. The Clerk shall serve a copy of this Order on the United States Marshal, the United States Pretrial Services Office, and the Bureau of Prisons.

So ORDERED on this the _____ day of March, 2018.

_____
XAVIER RODRIGUEZ
United States District Judge