FILED

MAR - 5 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-17-CR-031 XR |
| MICHAEL J. BADGETT | § § | |

# ORDER

On this date came on to be considered the Defendant's Unopposed Motion For Voluntary #40 Surrender, and the Court having considered the motion and the premises, is of the opinion that the motion should be, and the same is hereby GRANTED. It is therefore ORDERED that Defendant Michael J. Badgett shall not be required to self-surrender until March 22, 2018, for service of his sentence. The Clerk shall serve a copy of this Order on the United States Marshal, the United States Pretrial Services Office, and the Bureau of Prisons.

So ORDERED on this the 5th day of March, 2018.

XAVIER RODRIGUEZ
United States District Judge