IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 5:17-cr-00031-XR-1 |
| | § | |
| MICHAEL J. BADGETT | § | |

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

NOW COMES AMANDA I. HERNANDEZ and respectfully gives notice that she has been retained by MICHAEL J. BADGETT to represent him as counsel in this cause and hereby enters her appearance for MICHAEL J. BADGETT, Defendant above-named.

Respectfully Submitted,

Amanda I. Hernandez
Bar No. 24087027
FLANARY LAW FIRM, PLLC
214 E. Ashby Pl.
San Antonio, Texas 78212
210-738-8383
210-728-3438 Fax

BY: */s/Amanda I. Hernandez*
    Amanda I. Hernandez
    State Bar No. 24087027

ATTORNEY FOR DEFENDANT,
Michael J. Badgett

1

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the above and foregoing document was electronically sent *via* CM/ECF to Daniel P. Butler, Counsel for the Government, on November 17, 2021.

*/s/ Amanda I. Hernandez*
Amanda I. Hernandez