# EXHIBIT 4

PROB 12A
(7/93)

# FILED

# UNITED STATES DISTRICT COURT

for

MAR 1 8 2020

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender:   Michael J. Badgett                         Case Number:   5:17-CR-00031-XR(1)

Name of Sentencing Judicial Officer:   Honorable Xavier Rodriguez, United States District Judge

Date of Original Sentence:  January 10, 2018

Original Offense:   Cts. 1-3: Willful Failure to File a Return, in violation of 26 U.S.C. § 7203

Original Sentence:   Cts. 1-3: 4 months imprisonment to run consecutive, for a total of 12 months, followed by 1 year of supervised release on each of Cts. 1-3 to run consecutive, for a total of 3 years.

Type of Supervision:  Supervised Release          Date Supervision Commenced:   March 20, 2019

### PREVIOUS COURT ACTION

**Amended Judgement:** On February 5, 2018, the original sentence was amended to clarify the restitution amount from $5,391,464.00 *(plus accrued interest)* to a total of $6,527,491.76.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 7:** If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment. |

The defendant shall pay restitution in the amount of $5,391,464.00 plus accrued interest of $1,136,027.76, for a total amount due of $6,527,491.76, through the Clerk, U.S. District Court, for distribution to the payee(s). Payment of this sum shall begin immediately.

As of March 11, 2020, Mr. Badgett is currently delinquent in his restitution payment. He has paid a total of $200.00 since the start of his term of supervision. The current outstanding balance is $6,527,291.76

Michael J. Badgett
5:17-CR-00031-XR(1)
March 17, 2020
Page 2

**U.S. Probation Officer Action:** The supervision term commenced on March 20, 2019. Upon his release from custody, Mr. Badgett established residence in Naples, Florida. The Middle District of Florida Probation Office accepted supervision responsibility for this case and has been monitoring Mr. Badgett's progress with the conditions of supervised release. Mr. Badgett is unemployed; however, he is actively seeking employment in his career field.

On March 11, 2020, the assigned probation officer in this case, Levar Allen, advised our office of Mr. Badgett's delinquent status. According to Officer Allen, on January 30, 2020, he spoke to an Internal Revenue Service (IRS) agent, who informed him that the IRS is in the process of closing their case and will install a payment agreement for Mr. Badgett to pay towards his restitution.

As of March 11, 2020, Mr. Badgett is currently delinquent towards his restitution payment. He has paid a total of $200.00. The current outstanding balance is $6,527,291.76.

Officer Allen has reprimanded Mr. Badgett on his delinquency and encouraged him to continue to pay monthly installments towards his restitution. He respectfully requests no further action in this matter.

Approved:

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55365

cc: Daniel P. Butler
Assistant U.S. Attorney

Brenda Trejo-Olivarri
Assistant Deputy Chief U.S. Probation Officer

Respectfully submitted,

Hector Medina
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55325
Date: March 17, 2020

☑ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

Honorable Xavier Rodriguez
U.S. District Judge

3-18-20

Date