# EXHIBIT 5

October 31, 2021

To Whom It May Concern,

It gives me great pleasure to write a recommendation for Michael Badgett.  I have known Michael for over two years.  I am aware Michael has been on probation since I met him.  I am happy to offer a solid character reference for Michael.

Michael has always displayed a high degree of integrity, responsibility and ambition.  He is a hard worker and does his job dedicatedly.  He aspires to be an entrepreneur in his near future.  Michael is a great manager and coworker.  I am confident anyone who works for him and with him would say the same.

Michael definitely is a wonderful father and grandfather to his three children and has done a wonderful job helping and caring for his grandson.  He also is dedicated in helping his elderly parents anytime.  He is a good person and enjoys helping others, especially his family members.  He enjoys seeing his loved ones happy and brings him great joy!

Warm regards,

*Cristin Flannery*

Cristin Flannery