# EXHIBIT 6

Nov 3, 2021

To whom it my concern:

I am delighted to write this letter of recommendation on behalf of my brother Michael Badgett. I am aware of his conviction and current probation period.

My office has worked to ensure all of his tax returns have been filed and correspondence with the IRS are handled and current. I am aware he has a settlement letter from the IRS dated March 2019 and is also current of all payments related to the offer.

Michael moved back to Houston in 2019 to help take care of his new grandson and daughter. He is a wonderful father of 3 and still supporting his youngest who is a freshman in college. He enjoys seeing them all become successful and is an anchor for them to rely on.

If you have any questions of concerns, please do not hesitate to contact me.

713-557-5685
Theresa@btfsonline.com

Thank you,
Theresa Badgett
Badgett Tax and Financial